IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-2333 |
| | : | |
| JOHN HERRON, ET AL | : | |

**ORDER**

This 12th day of August, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 10 and 12, are **GRANTED**.[1] Plaintiff's claims are dismissed with prejudice.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Defendants Dean Weisgold and Paul Feldman joined the Motions to Dismiss filed by the other Defendants. *See* ECF 14.