# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR WALTHOUR** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-2333** |
| | : | |
| **JOHN HERRON, ET AL** | : | |

## ORDER

This 28th day of September, 2022, in consideration of the Court's Order directing Victor Walthour to show cause why the Court should not enjoin him from future filings naming defendants named in this case and raising claims related to the handling of litigation involving his incapacitated wife, and Victor Walthour's response thereto, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Victor Walthour is **ENJOINED** from filing any new cases in the United States District Court for the Eastern District of Pennsylvania that:

    (1) name John W. Herron, Paul Feldman, or Linda Hobkirk; and

    (2) raise any claim related to the decision by the Honorable John W. Herron to remove Mr. Walthour as his wife's co-guardian, any claim concerning the sale of Trust property, or any claim related to the judicial dispositions complained of in this case, against Dean Weisgold, G. Michael Green, PNC Bank, the Honorable Mark A. Kearney and the Honorable C. Darnell Jones, II.

2. If Walthour submits any such paper meeting the criteria described above to the Clerk of Court, the Clerk of Court is **DIRECTED** not to docket such paper.  The

Clerk of Court is **FURTHER DIRECTED** to return any paper covered by this injunction to Walthour with a copy of this Order. The Clerk shall accept for filing a notice of appeal of this Order.

      /s/ Gerald Austin McHugh
United States District Judge